IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Corporation of the President of the Church of Jesus Christ of Latter-Day Saints et al,<br><br>        Plaintiffs,<br><br>  vs.<br><br>B. N.,<br><br>        Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:19-cv-00062-DAK |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this   11th   day of February, 2019.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge